UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

DOUG HARTER, individually and on
Behalf of all others similarly situated,

      Plaintiff,                            Case No: 19-cv-00745

v.                                     Hon. Paul L. Maloney

GREEN BAY PACKAGING INC.,

      Defendant.

| | |
|---|---|
| Mark S. Wilkinson (P68765)<br>PALADIN EMPLOYMENT LAW, PLLC<br>*Attorney for Plaintiff*<br>251 North Rose Street<br>Suite 200, PMB No. 288<br>Kalamazoo, MI 49007-3860<br>T: 269-978-2474<br>mark@paladinemploymentlaw.com | Jesse L. Young (P72614)<br>KREIS, ENDERLE, HUDGINS & BORSOS, P.C.<br>*Attorney for Plaintiff*<br>One Moorsbridge<br>P.O. Box 4010<br>Kalamazoo, MI 49003-4010<br>T: 269-321-2311<br>jyoung@kehb.com |
| Keith E. Kopplin<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>*Attorney for Defendant*<br>Pabst Boiler House<br>1243 N. 10th Street, Suite 200<br>Milwaukee, WI  53205<br>T: 414-239-6406<br>keith.kopplin@ogletree.com | Joshua Lushnat (P75319)<br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PLLC<br>*Attorney for Defendant*<br>34977 Woodward Ave., Ste. 300<br>Birmingham, MI 48009<br>T: 248-723-6140<br>joshua.lushnat@ogletree.com |

## JOINT MOTION TO APPROVE SETTLEMENT

The Parties jointly, by and through their respective counsel, move this Court for an order

approving the Parties' settlement and dismissing this action with prejudice and without further fees

or costs to any Party.  In support of their Motion, the Parties state as follows:

1

1.      On September 11, 2019, Plaintiff, Doug Harter ("Plaintiff"), individually and on behalf of all other similarly situated, initiated this action against Defendant, Green Bay Packaging, Inc. ("Defendant"), alleging Defendant failed to pay overtime wages in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") (ECF No. 1).

2.      Defendant filed its Answer to Plaintiff's Complaint and Statement of Defenses on October 4, 2019, denying Plaintiff's allegations, and continues to deny the same (ECF No. 7).

3.      Also on October 4, 2019, Plaintiff filed Plaintiff's Pre-Discovery Motion for Conditional Certification and Court-Authorized Notice Pursuant to 29 U.S.C. § 216(b) (ECF No. 6).

4.      The Parties filed a Joint Stipulated Order of Conditional Certification, which was entered on October 18, 2019 (ECF No. 10).

5.      That order was entered by the Court on October 22, 2019 (ECF No. 12).

6.      The collective class in this matter is defined as "All production employees employed by Defendant in Kalamazoo, Michigan who were eligible for incentive pay at any time in the past three (3) years." *Id.*

7.       In total, 21 Opt-In Plaintiffs joined the collective class in addition to Plaintiff Doug Harter (collectively, "Plaintiffs") (ECF Nos. 5, 13 – 23, 29).

8.      On January 9, 2020, the Court entered a Case Management Order setting the schedule for this case. (ECF No. 26).

9.      The parties have engaged in written discovery and document exchanges.

10.     Plaintiffs were also permitted an in-person inspection of Defendant's Kalamazoo, Michigan facility in March 2020.

11.     In May 2020, the Parties began private negotiations regarding resolution of this matter.

12.     In July 2020, the Parties reached a successful resolution of the matter, pending only the Court's approval.

13.     The Parties recognize the costs and risks associated with proceeding with protracted, distracting, and expensive litigation on the various issues in contention and voluntarily chose to enter into a compromise.

14.     The terms of the settlement agreement negotiated by the parties are set forth in the attached Settlement and Release Agreement ("Settlement Agreement"), a copy of which is attached hereto as *Exhibit 1*.

15.     The Settlement Agreement also contains proposed fees and costs to be payable by Defendant to Plaintiffs' Counsel and provides for dismissal with prejudice and without any additional fees or costs due to any party. *Id.*  The attorneys' fees and costs payable to Plaintiffs' Counsel are set forth in Section I, Paragraph (B)(2)(e) of the Settlement Agreement. Plaintiffs believe that the fees and costs are reasonable and commensurate with the service rendered by Plaintiffs' Counsel in this case.  Defendant has agreed not to contest the attorneys' fees and costs agreed upon in the Settlement Agreement (*Exhibit 1, Section I, Paragraph (C)*).

16.     This Joint Motion is filed pursuant to the FLSA.  The Parties agree that the Settlement Agreement is a fair and reasonable resolution and compromise of a bona fide dispute over issues arising under the Plaintiffs' FLSA claims.

17.     Because the Parties believe that the Settlement Agreement represents a fair and reasonable resolution of this matter for all parties, the Parties jointly ask that the Court approve the settlement of this action and enter an order approving the Settlement Agreement in its entirety

and dismissing this case with prejudice and without any costs or fees to any party, except as provided in the Settlement Agreement.

WHEREFORE, Plaintiffs and Defendant respectfully move this Court for entry of an Order: (1) granting this Motion; (2) approving the settlement of this matter; and (3) dismissing Plaintiffs' Complaint with prejudice and without any additional costs or fees to any party.

Dated:  September 14, 2020                    Respectfully submitted by:


*/s/ Jesse L. Young*                           */s/ Keith E. Kopplin* (w/consent)
Jesse L. Young (P72614)                        Keith E. Kopplin
KREIS ENDERLE, P.C.                            OGLETREE,  DEAKINS,  NASH,  SMOAK  &
P.O. Box 4010                                  STEWART, P.C.
Kalamazoo, MI  49003                           *Attorney for Defendant*
T: 269-324-3000                                Pabst Boiler House
jyoung@kehb.com                                1243 N. 10th Street, Suite 200
                                               Milwaukee, WI  53205
                                               T: 414-239-6406
Mark S. Wilkinson (P68765)                     keith.kopplin@ogletree.com
PALADIN EMPLOYMENT LAW PLLC
*Attorney for Plaintiff*
251 North Rose Street                          Joshua Lushnat (P75319)
Suite 200, PMB No. 288                         OGLETREE, DEAKINS, NASH, SMOAK &
Kalamazoo, MI 49007-3860                       STEWART, PLLC
T: 269-978-2474                                34977 Woodward Avenue, Suite 300
mark@paladinemploymentlaw.com                  Birmingham, MI 48009
                                               T: 248-593-6400
*Attorneys for Plaintiffs*                     joshua.lushnat@ogletree.com

                                               *Attorneys for Defendant*