UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

DOUG HARTER,

          Plaintiffs,

v.

GREEN BAY PACKAGING INC.,

          Defendant.

_____/

Case No. 1:19-cv-745

Honorable Hala Y. Jarbou

## **JUDGMENT**

In accordance with the order entered this date and the settlement agreement between the parties,

**IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE** and without any additional fees or costs to any party.

Dated: October 9, 2020

/s/ HALA Y. JARBOU
Hala Y. Jarbou
United States District Judge